UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **MARY BORDELON** | **CIVIL ACTION NO. 6:17-00932** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **ATLANTIC RICHFIELD CO., ET AL.** | **MAG. JUDGE CAROL B. WHITEHURST** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Mary Bordelon's Motion to Amend Complaint [Doc. No. 12] and Motion to Remand [Doc. No. 13] are **GRANTED**, and this action is remanded to the Fifteenth Judicial District Court, Lafayette Parish, Louisiana.

**IT IS FURTHER ORDERED** that the Clerk of Court certify a copy of this Judgment and forward the certified copy to the Clerk of the Fifteenth Judicial District Court, Lafayette Parish, Louisiana.

**MONROE, LOUISIANA**, this 30th day of November, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE